**Gary D. Sheller, Plaintiff-Appellee, v. Nancy Lee Joyce, Defendant-Appellant.**

**Gen. No. 68–198. (Abstract of Decision.)**

Second District.

July 28, 1969.

Thomas E. Joyce, of Chicago, for appellant; Alschuler, Putnam, McWethy, Weiss & Weiler, of Aurora, for appellee. Opinion by JUSTICE ABRAHAMSON. **Not to be published in full.**